## GRADY COBB *v.* COMMISSIONER OF CORRECTION (14206)

O'Connell, Landau and Hennessy, Js.

Argued October 24—decision released November 21, 1995

*David B. Rozwaski*, special public defender, for the appellant (petitioner).

*Richard F. Jacobson*, with whom, on the brief, were *Donald A. Browne*, state's attorney, and *Gerard P. Eisenman*, assistant state's attorney, for the appellee (respondent).

PER CURIAM. The judgment is affirmed.